# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| SALLY S. HILKENE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 04-2253-KHV |
| ) | |
| WD-40 COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS ASSERTED AGAINST WD-40 AND WD-40 COMPANY'S COUNTERCLAIMS AGAINST PLAINTIFF

The Court takes up for consideration the Stipulation of Dismissal with Prejudice filed by plaintiff Sally Hilkene and defendant WD-40 Company (Doc. #180). Upon review of the stipulation of dismissal and for good cause shown, it is hereby

ORDERED that plaintiff's claims asserted against WD-40 Company and WD-40 Company's counterclaims asserted against plaintiff be and are dismissed with prejudice, each party to bear her or its own costs.

IT IS SO ORDERED.

Dated this 26th day of October, 2006, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court Judge

cc:   All counsel